UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darek Jon Nelson,                              Case No. 0:16-cv-04319-MJD-HB

        Petitioner,

v.                                             **ORDER**

State of Minnesota,

        Respondent.

Petitioner, appeared *pro se*.

Matthew Frank, Assistant Attorney General, Counsel for respondent

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated March 19, 2018. Petitioner has objected to the Magistrate Judge's recommendation that his Petition for habeas relief be denied.

Pursuant to statute, the Court has conducted a de novo review of the record, and has thoroughly reviewed the bases for Petitioner's objections. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will

overrule Petitioner's objections and will ADOPT the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. The Court will not issue a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:   May 25, 2018

s/ Michael J. Davis
Michael J. Davis
United States District Court